IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CRAIG O. COPLEY,**

    Petitioner,

v.

**DIRECTOR, APPALACHIAN BEHAVIORAL HEALTHCARE,**

    Respondent.

**CASE NO. 14-CV-01903**
**JUDGE MICHAEL H. WATSON**
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On October 17, 2014, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. ECF 2. Petitioner has filed an *Objection* to the Magistrate Judge's *Report and Recommendation*. ECF 5.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review. Petitioner's *Objection*, ECF 5, is **OVERRULED**. As discussed by the Magistrate Judge, because Petitioner is not in custody on any criminal convictions, he cannot obtain relief through the filing of a federal habeas corpus petition. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                            Michael H. Watson, Judge
                                                            United States District Court